IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOLORES DROXLER, | : |
| **Plaintiff,** | : |
| v. | : CIVIL ACTION |
| | : No. 13-4539 |
| CAROLYN W. COLVIN, | : |
| Acting Commissioner of Social Security | : |
| **Defendant.** | : |

# ORDER

**AND NOW**, this 9th day of September 2014, upon consideration of Judge Rueter's report and recommendation (Doc. No. 14), and no objections being filed thereto, **IT IS HEREBY ORDERED:**

1. The report and recommendation is **APPROVED** and **ADOPTED**;[1]

2. The Clerk is directed to mark this case **CLOSED**.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] Since the government has not filed objections, I need only give some reasoned consideration of the report and recommendation. Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987). I have reviewed Judge Rueter's Report and Recommendation and find it to be well reasoned and free of clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note.